Arlo Garcia Uriarte, SBN 231764
Un Kei Wu, SBN 270058
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: (415) 695-1000
Facsimile:  (415) 695-1006

Attorneys for Plaintiff
**NORMA HART**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Norma Hart,<br><br>           Plaintiff,<br>     vs.<br><br>Hewlett Packard Enterprise Company, DXC Technology Company, and DOES 1-10,<br><br>           Defendants. | Case Number:  2:19-cv-00657-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

---

*STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER*

1

IT IS HEREBY STIPULATED by and between Norma Hart and DXC Technology Company, through their designated counsel, that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 7, 2021                                    LIBERATION LAW GROUP, P.C.

                                                          By:

                                                            /s/
                                                          _____
                                                           Arlo Garcia Uriarte
                                                           Un Kei Wu
                                                           Attorneys for Plaintiff


Dated: January 22, 2021                                   HUSCH BLACKWELL

                                                          By:

                                                            /s/
                                                          _____
                                                           A.J. Weissler
                                                           Attorneys for Defendant


## ORDER

The Court, having considered the Stipulation by the parties, and good cause appearing, hereby orders that this action be dismissed, with prejudice, in its entirety. The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE